Schiff Hardin LLP
Jeffrey R. Williams
Bar No. 84156
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Defendants
Ryobi Technologies, Inc. and One World
Technologies, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| DAVID DECRISTOFORO, JR.,, <br><br>   Plaintiff, <br><br> v. <br><br> REXON INDUSTRIAL CORP., et al., <br><br>   Defendants. | Case No.  2:08 CV 00933 JAM-EFB <br><br> **STIPULATION AND ORDER EXTENDING TIME TO ANSWER COMPLAINT** |

    WHEREAS plaintiff has served defendants Ryobi Technologies, Inc. and One World Technologies, Inc. with the summons and complaint in this action; and

    WHEREAS plaintiff now has reason to believe that the product at issue in this lawsuit, a table saw, may not have been designed, manufactured, or sold by either of those defendants, and

    WHEREAS the parties wish to avoid the necessity of either of those defendants having to respond to plaintiff's complaint if it should turn out that neither of them was involved in the manufacture, design or sale of the table saw at issue in this litigation;

    THEREFORE plaintiff and defendants Ryobi Technologies, Inc. and One World Technologies, Inc., by and through their respective undersigned counsel, hereby stipulate that these two defendants shall have an additional 30 days, or to and until August 20, 2008 to answer, move or otherwise respond to the complaint on file herein, if

such a response should be necessary.

Dated: July _____, 2008                    Schiff Hardin LLP


                                           By:_____
                                              Jeffrey R. Williams
                                              Attorneys for Defendants
                                              Ryobi Technologies, Inc. and One
                                              World Technologies, Inc.


Dated: July _____, 2008                    Boies, Schiller & Flexner LLP


                                           By:_____
                                              George F. Carpinello
                                              Attorneys for Plaintiff
                                              David DeCristoforo, Jr.


        IT IS SO ORDERED:


Dated: July 29, 2008
                                           /s/ John A. Mendez
                                           Hon. John A. Mendez
                                           JUDGE OF THE U.S. DISTRICT COURT
                                           Eastern District of California

SF\9186399.1

PDF created with pdfFactory trial version www.pdffactory.com