1  CHARLES S. PAINTER (SBN 89045)
   REGINALD A. DUNN  (SBN 192632)
2  ERICKSEN, ARBUTHNOT, KILDUFF,
   DAY & LINDSTROM, INC.
3  100 Howe Avenue, Suite 110 South
   Sacramento, CA   95825-8201
4  (916) 483-5181 Telephone
   (916) 483-7558 Facsimile
5
   Attorneys for Defendants,
6  POWER TOOL SPECIALISTS, INC., and
   SEARS ROEBUCK & CO.
7

8                    UNITED STATES DISTRICT COURT

9                    DISTRICT OF EASTERN CALIFORNIA

10

11 DAVID DECRISTOFOTO JR.,           )   CASE NO. 2:08-CV-00933-JAM-EFB
                                     )
12        Plaintiff,                 )   SUBSTITUTION OF ATTORNEY
                                     )   AND ORDER THEREON
13 vs.                               )
                                     )
14 REXON INDUSTRIAL CORP., POWER     )
   TOOLS SPECIALISTS, INC.; RYOBI    )
15 TECHNOLOGIES, INC.;  ONE WORLD    )
   TECHNOLOGIES, INC., and SEARS     )
16 ROEBUCK & CO.                     )
                                     )
17        Defendants.                )
   _____   )

18      Defendants, POWER TOOL SPECIALISTS, INC., and SEARS ROEBUCK & CO., make

19 the following substitution of attorney:

20   Former Legal Representation:    CHARLES S. PAINTER (SBN 89045)
                                     REGINALD A. DUNN (SBN 192632)
21                                   ERICKSEN, ARBUTHNOT, KILDUFF,
                                     DAY & LINDSTROM, INC.
22                                   100 Howe Avenue, Suite 110 South
                                     Sacramento, CA   95825-8201
23                                   (916) 483-5181 Telephone
                                     (916) 483-7558 Facsimile
24                                   cpainter@eakdl.com

25

26

27

28
   SUBSTITUTION OF ATTORNEYS
   08-082/PLEADING.004                    1
   CSP:ep

| | |
|---|---|
| New Legal Representation: | Andrea M. Miller (SBN 88992)<br>Nageley, Meredith & Miller, Inc.<br>8001 Folsom Boulevard, Suite 100<br>Sacramento, California 95826<br>Tel: (916) 386-8282<br>Fax: (916) 386-8952<br>amiller@nmlawfirm.com |

I consent to this substitution.

DATED: September ___, 2008              POWER TOOL SPECIALISTS, INC.


By: _____

Print Name: _____

Title: _____

I consent to this substitution.

DATED:  September ___, 2008              SEARS ROEBUCK & CO.


By: _____

Print Name: _____

Title: _____

I consent to this substitution.

DATED:                                                    ERICKSEN, ARBUTHNOT, KILDUFF,
                                                          DAY & LINDSTROM, INC.


By: _____
   CHARLES S. PAINTER
   Attorney for Defendants, POWER
   TOOL SPECIALISTS, INC., and
   SEARS ROEBUCK & CO.

//

1
2  I consent to this substitution.
3  DATED: September ____, 2008
4                                              NAGELEY, MEREDITH & MILLER, INC.
5
6                                              By: _____
7                                                       ANDREA M. MILLER
8
9                          **ORDER**
10  IT IS SO ORDERED.
11
12  DATED:  10/27/2008

/s/ John A. Mendez
13  _____  HON. JOHN A. MENDEZ
                                      JUDGE OF THE U.S. DISTRICT COURT
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUBSTITUTION OF ATTORNEYS
08-082/PLEADING.004                         3
CSP:ep