# UNITED STATES DISTRICT COURT

# DISTRICT OF EASTERN CALIFORNIA

| | |
|---|---|
| DAVID DECRISTOFORO JR.,<br><br>      Plaintiff,<br><br> v.<br><br>REXON INDUSTRIAL CORP., POWER TOOLS SPECIALISTS, INC., RYOBI TECHNOLOGIES, INC., ONE WORLD TECHNOLOGIES, INC., and SEARS ROEBUCK & CO.,<br><br>      Defendants. | **CASE NO. 2:08-CV-0933-JAM-EFB**<br><br>**STIPULATED AMENDED STATUS (Pre-Trial Scheduling) ORDER** |

The parties to this action stipulate to an amendment of the Court's Pre-Trial Scheduling Order in this case as follows:

1. The date for identification of experts and presentation of their reports pursuant to Fed.R.Civ.P. 26(a)(2) shall move from April 17, 2009 to May 22, 2009.

2. The date for identification of rebuttal experts and presentation of their reports pursuant to Fed.R.Civ.P. 26(a)(2)(c) shall move from April 24, 2009 to May 29, 2009.

3. The Discovery Cutoff date shall move from June 1, 2009 to July 1, 2009.

4. There will be no dispositive motions filed and heard in this action.

Amended Status (Pre-Trial Scheduling) Order - 1

PDF created with pdfFactory trial version www.pdffactory.com

**SO STIPULATED.**

Dated: March 18, 2009           By: /s/Teresa A. Monroe

George F. Carpinello (*pro hac vice*)
Teresa A. Monroe (*pro hac vice*)
**BOIES, SCHILLER & FLEXNER LLP**
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
E-mail: gcarpinello@bsfllp.com
        tmonroe@bsfllp.com

Kieran Ringgenberg (State Bar No. 208600)
**BOIES, SCHILLER & FLEXNER LLP**
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email: kringgenberg@bsfllp.com

Richard J. Sullivan
**SULLIVAN & SULLIVAN LLP**
40 Washington Street
Wellesley, MA 02481
Telephone: (781) 263-9400
Facsimile: (781) 239-1360
Email:     rsullivan@sullivanllp.com

*Attorneys for Plaintiff David DeCristoforo*


By /s/Andrea Miller

Andrea Miller (SBN 88 992)
**Nageley, Meredith & Miller, Inc.**
8001 Folsom Blvd., Suite 100
Sacramento, CA 95826
Telephone: (916) 386-8282
Facsimile: (916) 386-8952
Email: amiller@nmlawfirm.com

*Attorneys for Defendants Rexon Industrial Corp. & Power Tool Specialists Inc., & Sears*

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Court, having read the foregoing stipulation and being fully apprised of the facts and circumstances, hereby determines that its Scheduling Order of October 30, 2008 shall be amended to conform to the terms of the foregoing stipulation, but in all other respects shall remain intact.

IT IS SO ORDERED.

Dated: March 18, 2009

/s/ John A. Mendez

HON. JOHN A. MENDEZ
United States District Judge

Amended Status (Pre-Trial Scheduling) Order - 3

PDF created with pdfFactory trial version www.pdffactory.com