**UNITED STATES DISTRICT COURT**

**DISTRICT OF EASTERN CALIFORNIA**

| | |
|---|---|
| DAVID DECRISTOFORO JR., <br><br> Plaintiff, <br><br> v. <br><br> REXON INDUSTRIAL CORP., POWER TOOLS SPECIALISTS, INC., RYOBI TECHNOLOGIES, INC., ONE WORLD TECHNOLOGIES, INC., and SEARS ROEBUCK & CO., <br><br> Defendants. | **CASE NO. 2:08-CV-0933-JAM-EFB** <br><br> **STIPULATION SHORTENING TIME** |

   The parties to this action stipulate to an Order Shortening Time for a Motion to Amend the Scheduling Order.

   As set forth in greater detail in the attached affidavit of George F. Carpinello, the parties attempted to reach a mutually satisfactory resolution of a discovery dispute in June, but were unable to do so.  Plaintiff then filed a motion to compel against Defendant Sears Roebuck & Co. prior to the end of the discovery deadline on July 1, 2009, but the discovery period ended before the Magistrate Judge could rule on the motion.

   The Plaintiff therefore will be filing a Motion to Amend the Scheduling Order and all Parties stipulate to shortening the time to respond to said motion, with a proposed schedule set forth below:

Stipulation Shortening Time - 1

PDF created with pdfFactory trial version www.pdffactory.com

1. Thursday, July 23, 2009:     Plaintiff to file initial brief and Motion to Amend Scheduling Order;

2. Wednesday, July 29, 2009:    Defendants' opposition papers due;

3. Tuesday, August 4, 2009:     Plaintiff's reply papers due

4. Wednesday, August 12, 2009:  Return date/hearing date on the Motion

**SO STIPULATED.**

Dated: July __, 2009        By: _____

George F. Carpinello (*pro hac vice*)
Teresa A. Monroe (*pro hac vice*)
**BOIES, SCHILLER & FLEXNER LLP**
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665


Kieran Ringgenberg (State Bar No. 208600)
**BOIES, SCHILLER & FLEXNER LLP**
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email: kringgenberg@bsfllp.com


Richard J. Sullivan
**SULLIVAN & SULLIVAN LLP**
40 Washington Street
Wellesley, MA  02481
Telephone: (781) 263-9400
Facsimile: (781) 239-1360
Email:        rsullivan@sullivanllp.com

*Attorneys for Plaintiff David DeCristoforo*

Stipulation Shortening Time - 2

PDF created with pdfFactory trial version www.pdffactory.com

By _____

Andrea Miller (SBN 88 992)
**Nageley, Meredith & Miller, Inc.**
8001 Folsom Blvd., Suite 100
Sacramento, CA  95826
Telephone:  (916) 386-8282
Facsimile:     (916) 386-8952
Email:  amiller@nmlawfirm.com
*Attorneys for  Defendants Rexon Industrial Corp.*
*& Power Tool Specialists Inc., & Sears*

## ORDER

The Court, having read the foregoing stipulation and being fully apprised of the facts and circumstances, hereby approves the motion shortening time with the time schedule as set forth above.

IT IS SO ORDERED.

Dated: July 23, 2009

/s/ John A. Mendez_____

HON. JOHN A. MENDEZ
United States District Judge

Stipulation Shortening Time - 3

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Stipulation Shortening Time - 4

PDF created with pdfFactory trial version www.pdffactory.com