ANDREA M. MILLER [SBN: 88992]
CRAIG S. MACGLASHAN [SBN: 071765]
**NAGELEY, MEREDITH & MILLER, INC.**
8001 Folsom Boulevard, Suite 100
Sacramento, CA  95826
Telephone No:  (916) 386-8282
Facsimile No:   (916) 386-8952

Attorneys for Defendants REXON INDUSTRIAL,
POWER TOOLS SPECIALISTS & SEARS

FRED NORTON [SBN: 224725]
KIERAN RINGGENBERG [SBN: 208600]
GEORGE F. CARPINELLO (Of Counsel)
TERESA MONROE (Of Counsel)
**BOIES, SCHILLER & FLEXNER, LLP**
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone No:  (510) 874-1000
Facsimile No:  (510) 874-1460

Attorneys for Plaintiff DAVID DECRISTOFORO, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DECRISTOFORO, JR., <br><br> Plaintiff, <br><br> vs. <br><br> REXON INDUSTRIAL CORP., POWER TOOLS SPECIALISTS, INC. and SEARS ROEBUCK & CO., <br><br> Defendant. | **Case No.:  2:08-CV-00933-JAM-EFB** <br><br> **STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE** <br><br> **DATE:  JULY 29, 2009** <br> **TIME:    10:00 A.M.** <br><br> **THE HONORABLE** <br> **JUDGE WILLIAM B. SHUBB** |

The parties to this action hereby stipulate that the Settlement Conference in this matter scheduled to take place on July 29, 2009 at 10:00 a.m. before The Honorable Judge William B. Shubb per the Court's Minute Order be vacated due to scheduling conflicts of counsel.  The parties have agreed to address the issue of settlement at a later date.

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: July 24, 2009 | **NAGELEY, MEREDITH & MILLER, INC.** |
| | ANDREA M. MILLER |
| | By: _____/s/_____ |
| | ANDREA M. MILLER |
| | Attorney for Defendants REXON |
| | INDUSTRIAL, POWER TOOLS |
| | SPECIALISTS & SEARS |
| | |
| DATED: July 24, 2009 | **BOIES, SCHILLER & FLEXNER, LLP** |
| | TERESA MONROE |
| | By: _____/s/_____ |
| | TERESA MONROE |
| | Attorneys for Plaintiff |
| | DAVID DECRISTOFORO, JR. |

### ORDER

The Court, having read the foregoing Stipulation and being fully apprised of the facts and circumstances, hereby vacates the Settlement Conference of July 29, 2009.

IT IS SO ORDERED.

DATED: July 24, 2009        /s/ John A. Mendez_____
                                                UNITED STATES DISTRICT COURT JUDGE

- 2

PDF created with pdfFactory trial version www.pdffactory.com