# BOIES, SCHILLER & FLEXNER LLP

NEW YORK   WASHINGTON DC   FLORIDA   CALIFORNIA   NEW HAMPSHIRE

August 26, 2009

**FILED**



AUG 27 2009

Hon. John A. Mendez
United States District Judge
Eastern District of California, Sacramento Division.
501 I Street, 4th Floor
Sacramento, CA 95814



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

RE:   DeCristoforo v. Rexon et. al., Case No. 2:08-CV-0933-JAM-EFB

Dear Judge Mendez:

I write in regard to your Honor's Order dated August 5, 2009 in which you extended the discovery deadline to September 1, 2009 in order that Plaintiff could file a motion to compel. The motion to compel was filed on August 7, 2009, but we have since learned in discussions with Magistrate Brennan's clerk that the Court will need time beyond the September 1, 2009 deadline in order to hold a hearing on September 2, 2009 and decide the motion.

Therefore, in order to allow the Court sufficient time to decide the motion, all parties hereby stipulate to extend the discovery schedule to September 10, 2009.

**SO STIPULATED.**

Dated:  August 26, 2009

By:   /s/Teresa A. Monroe
George F. Carpinello (*pro hac vice*)
Teresa A. Monroe (*pro hac vice*)
**BOIES, SCHILLER & FLEXNER LLP**
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

Kieran Ringgenberg (State Bar No. 208600)
**BOIES, SCHILLER & FLEXNER LLP**
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email: kringgenberg@bsfllp.com

Richard J. Sullivan
**SULLIVAN & SULLIVAN LLP**
40 Washington Street
Wellesley, MA  02481
Telephone:  (781) 263-9400
Facsimile:  (781) 239-1360
Email:  rsullivan@sullivanllp.com
*Attorneys for Plaintiff David DeCristoforo*

By:   /s/Andrea Miller
Andrea Miller (SBN 88 992)
**Nageley, Meredith & Miller, Inc.**
8001 Folsom Blvd., Suite 100
Sacramento, CA  95826
Telephone:  (916) 386-8282
Facsimile:    (916) 386-8952
Email:  amiller@nmlawfirm.com
*Attorneys for  Defendants Rexon Industrial Corp.*
*& Power Tool Specialists Inc., & Sears*

## ORDER

The Court, having read the foregoing stipulation and being fully apprised of the facts and circumstances, hereby amends its August 5, 2009 Order to extend the period for discovery until September 10, 2009.

IT IS SO ORDERED.

Dated: August 26, 2009

HON. JOHN A. MENDEZ
United States District Judge

2