1  ANDREA M. MILLER [SBN: 88992]
   CRAIG S. MACGLASHAN [SBN: 71765]
2  **NAGELEY, MEREDITH & MILLER, INC.**
   8001 Folsom Boulevard, Suite 100
3  Sacramento, CA  95826
   Telephone No:  (916) 386-8282
4  Facsimile No:   (916) 386-8952

5
   Attorneys for Defendants REXON INDUSTRIAL, POWER TOOLS SPECIALISTS &
6  SEARS

7  CHARLES S. PAINTER [SBN: 89045]
   **ERICKSEN ARBUTHNOT**
8  100 Howe Avenue, Ste. 110 South
   Sacramento, CA  95825-8200
9  Telephone No:  (916) 483-5181
10 Facsimile No:   (916) 483-7558

11 Attorneys for Defendant SEARS

12
   FRED NORTON [SBN: 224725]
13 GEORGE F. CARPINELLO (Of Counsel)
   TERESA MONROE (Of Counsel)
14 **BOIES, SCHILLER & FLEXNER, LLP**
   1999 Harrison St., Suite 900
15 Oakland, CA 94612
   Telephone No:  (510) 874-1000
16 Facsimile No:  (510) 874-1460

17
   RICHARD SULLIVAN (Of Counsel)
18 **SULLIVAN & SULLIVAN, LLP**
   40 Washington Street
19 Wellesley, MA  02481
   Telephone No:  (781) 263-9400
20 Facsimile No:  (781) 239-1360

21
   Attorneys for Plaintiff DAVID DECRISTOFORO, JR.
22
23 ///

24 ///

25 ///

26 ///

27 ///

28
   ///

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DECRISTOFORO, JR., <br><br> Plaintiff, <br><br> vs. <br><br> REXON INDUSTRIAL CORP., POWER TOOLS SPECIALISTS, INC. and SEARS ROEBUCK & CO., <br><br> Defendant. | **Case No.: 2:08-CV-00933-JAM-EFB** <br><br> **STIPULATION AND ORDER CONTINUING TRIAL AND FINAL PRETRIAL CONFERENCE** |

IT IS HEREBY STIPULATED by and among the parties that the Trial of this matter, currently scheduled for December 7, 2009, and the Final Pre-Trial Conference, currently scheduled for October 2, 2009, be continued to dates to be set by the Court. Good cause for this continuance exists in that lead trial counsel for Defendants, Andrea Miller, will be unavailable for the Final Pre-Trial Conference and Trial of this matter on the dates currently set due to the time she will need to recover from major surgery and complications arising after that surgery. Cause also exists to continue the Final Pre-Trial Conference and Trial in order to provide Defendant Sears with additional time to search for and produce documents in compliance with the order of the Magistrate Judge and to provide Plaintiff and his counsel with the opportunity to review and assess which documents, if any, so produced by Sears they will use as exhibits at trial.

SO STIPULATED:

Dated: September 25, 2009          NAGELEY, MEREDITH & MILLER, INC.


                                    /s/ ANDREA M. MILLER
                                   ANDREA M. MILLER
                                   Attorney for Defendants
                                   REXON INDUSTRIAL, POWER TOOLS
                                   SPECIALISTS & SEARS

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated:  September 25, 2009 | ERICKSEN ARBUTHNOT |
| | |
| | /s/   CHARLES S. PAINTER_____ |
| | CHARLES S. PAINTER |
| | Attorney for Defendant SEARS |
| Dated:  September 25, 2009 | BOIES, SCHILLER & FLEXNER, LLP |
| | |
| | /s/  GEORGE F. CARPINELLO_____ |
| | GEORGE F. CARPINELLO |
| | Attorney for Plaintiff |
| | DAVID DECRISTOFORO, JR. |
| Dated:  September 25, 2009 | BOIES, SCHILLER & FLEXNER, LLP |
| | |
| | \_\_/s/  TERESA MONROE _____ |
| | TERESA MONROE |
| | Attorney for Plaintiff |
| | DAVID DECRISTOFORO, JR. |
| Dated: September 25, 2009 | SULLIVAN & SULLIVAN, LLP |
| | |
| | \_\_\_/s/\_\_ RICHARD SULLIVAN_____ |
| | RICHARD SULLIVAN |
| | Attorney for Plaintiff |
| | DAVID DECRISTOFORO, JR. |

**ORDER**

The Court have duly considered the Stipulation of the Parties to this action and good cause appearing there from:

IT IS HEREBY ORDERED that the Final Pre-Trial Conference, currently set for October 2, 2009, and the Trial of this matter, currently set for December 7, 2009, are hereby vacated; and

IT IS FURTHER ORDERED that Final Pre-Trial Conference be reset to  December 11, 2009 at 3:00 p.m.  The parties joint pretrial statement shall be filed on or before

- 3 -

December 4, 2009, and that the Jury trial of this matter be reset to February 8, 2010, at 8:30 a.m.

DATED: September 29, 2009           /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Judge

- 4 -

PDF created with pdfFactory trial version www.pdffactory.com