CHARLES S. PAINTER (SBN 89045)
REGINALD A. DUNN (SBN 192632)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant, SEARS ROEBUCK & CO.

UNITED STATES DISTRICT COURT

DISTRICT OF EASTERN CALIFORNIA

| | |
|---|---|
| DAVID DECRISTOFORO JR.,<br><br>Plaintiff,<br><br>vs.<br><br>REXON INDUSTRIAL CORP., POWER TOOLS SPECIALISTS, INC.; RYOBI TECHNOLOGIES, INC.; ONE WORLD TECHNOLOGIES, INC., and SEARS ROEBUCK & CO.<br><br>Defendants. | Case No.: 2:08-CV-00933-JAM-EFB<br><br>**ORDER CONTINUING LAST DAY TO FILE SETTLEMENT/DISMISSAL DOCUMENTS** |

Upon good cause shown,

IT IS ORDERED that counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 160, no later than February 26, 2010.

DATED: 02/05/2010

/s/ John A. Mendez
JUDGE OF THE UNITED STATES DISTRICT COURT

ORDER
09-104/PLEADING.025        - 1 -
CSP:ep

PDF created with pdfFactory trial version www.pdffactory.com